IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cv-00492-D

| | |
|---|---|
| CAMPBELL ALLIANCE GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES HALL, JAMES McDERMOTT, PHILIP VORHIES, and MARK KASAKEVICH, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON CONSENT MOTION FOR RECONSIDERATION

Upon consent motion by Defendants James Hall, James McDermott, Philip Vorhies, and Mark Kasakevich (collectively, the "Defendants") [D.E. 35], and for good cause shown, the Court hereby suspends its Order [D.E. 33] on Plaintiff's Motion for Entry of a Protective Order [D.E. 30] without prejudice and for the limited purpose of allowing Defendants an opportunity to be heard in response to the Motion and to submit their proposed alternative protective order for the Court's consideration. Defendants may submit a response to the Motion, not to exceed five (5) pages, and any proposed alternative protective order within three (3) days of this Order.

SO ORDERED, this the 10 day of November, 2015.

The Honorable James C. Dever, III
Chief United States District Judge
Eastern District of North Carolina