IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cv-00492

CAMPBELL ALLIANCE GROUP, INC.,

    Plaintiff,

v.

JAMES HALL, JAMES McDERMOTT,
PHILIP VORHIES and MARK
KASAKEVICH,

    Defendants.

### ORDER ENTERING CONSENT MOTION TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT *NUNC PRO TUNC* TO INCLUDE CORRECTED EXHIBIT H

AND NOW, this **24** day of **November**, 2015, upon consideration of the Consent Motion of Plaintiff, Campbell Alliance Group, Inc. ("Campbell") and Defendants James Hall ("Hall"), James McDermott ("McDermott"), Philip Vorhies ("Vorhies") and Mark Kasakevich ("Kasakevich") (collectively, "Defendants") to amend Plaintiff's First Amended Complaint *Nunc Pro Tunc* to Include Corrected Exhibit H, the Court GRANTS the motion.

Accordingly, for good cause shown, IT IS HEREBY ORDERED:

(a)     The Clerk will replace the currently filed Exhibit H [D.E. 36-8] with corrected Exhibit H that was provided to the Court as Exhibit A to the present motion.

(b)     This relief is granted to correct an inadvertent, technical error in the submission of Exhibit H. With this change, the First Amended Complaint [D.E. 36] shall remain the operative complaint in this matter. Defendants' previously filed Answer [D.E. 39] and Motion for Partial

Judgment on the Pleadings [D.E. 40] concerning that complaint shall remain pending and unaffected by this Order.

                                                 *James Dever*
                                                                       JUDGE