IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cv-00492

CAMPBELL ALLIANCE GROUP, INC.,

    Plaintiff,

v.

JAMES HALL, JAMES McDERMOTT,
PHILIP VORHIES and MARK
KASAKEVICH,

    Defendants.

**ORDER GRANTING JOINT MOTION TO DEFER A RULE 26(F) CONFERENCE AND OTHER DISCOVERY DEADLINES UNTIL AFTER THE RESOLUTION OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

AND NOW, this __15__ day of __December__, 2015, upon consideration of the Joint Motion of Plaintiff Campbell Alliance Group, Inc. ("Campbell") and Defendants James Hall ("Hall"), James McDermott ("McDermott"), Philip Vorhies ("Vorhies") and Mark Kasakevich ("Kasakevich") (collectively, "Defendants") to Defer a Rule 26(f) Conference and Other Discovery Deadlines Until After the Resolution of Plaintiff's Motion for Preliminary Injunction, the Court GRANTS the motion. Accordingly, for good cause shown, IT IS HEREBY ORDERED:

(a)    The parties shall conduct a Rule 26(f) conference within 30 days after the resolution of Plaintiff's motion for preliminary injunction [D.E. 4].

(b)    The parties shall file a report of the conference and discovery plan for remaining discovery, if any, within 14 days after conducting the Rule 26(f) conference.

(c)    All remaining discovery deadlines discussed in the Court's Order for Discovery Plan [D.E. 42] are deferred until after the resolution of Plaintiff's motion for preliminary

injunction, and the parties shall exchange Rule 26(a)(1) disclosures, if any, within 14 days after conducting the Rule 26(f) conference.

JAMES C. DEVER III
Chief United States District Judge