# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Case No. 5:15-cv-00492-D

| | |
|---|---|
| CAMPBELL ALLIANCE GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JAMES HALL, JAMES McDERMOTT, PHILIP VORHIES and MARK KASAKEVICH, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER ON JOINT MOTION
## TO REVISE SCHEDULING ORDER

Upon joint motion by Plaintiff Campbell Alliance Group, Inc. and Defendants James Hall, James McDermott, Philip Vorhies, and Mark Kasakevich (collectively, the "Defendants") [D.E. 49], and for good cause shown, the Court hereby Orders as follows:

1. The Court hereby revises its Order on Consent Motion for Scheduling Order [D.E. 34] (the "Scheduling Order"), as follows:

    a. The deadline for completing limited discovery on the issues presented by Plaintiff's Motion for Preliminary Injunction [D.E. 4] is hereby extended up to and includes February 19, 2016.

    b. Plaintiff may supplement its existing briefing on Plaintiff's Motion for Preliminary Injunction [D.E. 4] with a brief not to exceed twenty (20) pages (not including whatever record materials Plaintiff chooses

to submit) within ten (10) days after completion of discovery; that is, until February 29, 2016.

c. Defendants may respond to Plaintiff's Motion for Preliminary Injunction and any supplemental briefing with a brief not to exceed thirty (30) pages (not including whatever record materials Defendants choose to submit) within thirty (30) days after the completion of discovery or the service of any supplemental brief filed by Plaintiff, whichever is later.

d. The Court understands that the parties and their counsel have agreed to participate in an informal conference on January 20, 2016, in an effort to resolve this matter. In the event the parties' efforts to resolve the matter during their conference on January 20, 2016, are unsuccessful, then the parties and the third-parties jointly represented by the parties' counsel shall (i) complete their document productions, including the review and production of materials provided by Protek in accordance with the Forensic Protocol [D.E. 34 Ex. 1], on or before January 26, 2016, and (ii) make available for deposition the witnesses requested to date prior to the February 19, 2016, deadline.

2. Except insofar as modified by this Order, the Scheduling Order shall remain in effect and in force in all respects.

2

SO ORDERED, this the 14 day of January, 2016.

                                        The Honorable James C. Dever, III
                                        Chief United States District Judge
                                        Eastern District of North Carolina