IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cv-00492-D

| | |
|---|---|
| CAMPBELL ALLIANCE GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES HALL, JAMES McDERMOTT, | ) |
| PHILIP VORHIES and MARK KASAKEVICH, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON SECOND JOINT MOTION
## TO REVISE SCHEDULING ORDER

Upon joint motion by Plaintiff Campbell Alliance Group, Inc. and Defendants James Hall, James McDermott, Philip Vorhies, and Mark Kasakevich (collectively, the "Defendants") [D.E. 52], and for good cause shown, the Court hereby Orders as follows:

1.  The Court hereby revises the Scheduling Order [D.E. 34], as follows:

    a.  Extending the deadline for completing limited discovery on the issues presented by Plaintiff's Motion for Preliminary Injunction [D.E. 4] up to and including March 4, 2016;

    b.  Providing that Plaintiff may supplement its existing briefing with a brief not to exceed twenty (20) pages (not including whatever record materials Plaintiff chooses to submit) within ten (10) days after completion of discovery; that is, until March 14, 2016;

c. Providing that Defendants may respond to Plaintiff's Motion for Preliminary Injunction and any supplemental briefing with a brief not to exceed thirty (30) pages (not including whatever record materials Defendants choose to submit) within twenty-five (25) days after the completion of discovery or the service of any supplemental brief filed by Plaintiff, whichever is later; and

d. The parties and the third-parties jointly represented by the parties' counsel shall (i) complete their document productions, including the production of materials provided by Protek in accordance with the Forensic Protocol [D.E. 34 Ex. 1], on or before February 9, 2016, and (ii) make available for deposition the witnesses requested to date on or before the March 4, 2016, deadline.

2. Except insofar as modified by this Order, the Scheduling Order shall remain in effect and in force in all respects.

SO ORDERED. This **27** day of January 2016.

JAMES C. DEVER III
Chief United States District Judge