## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**Case No. 5:15-cv-00492-D**

| | | |
|---|---|---|
| CAMPBELL ALLIANCE GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES HALL, JAMES McDERMOTT, | ) | |
| PHILIP VORHIES and MARK KASAKEVICH, | ) | |
| | ) | |
| Defendants. | ) | |

Upon joint motion by Plaintiff Campbell Alliance Group, Inc. and Defendants James Hall, James McDermott, Philip Vorhies, and Mark Kasakevich (collectively, the "Defendants") [D.E. 54], and for good cause shown, the Court hereby Orders as follows:

1.     The Court hereby revises the Scheduling Order [D.E. 34] (the "Scheduling Order"), as follows:

> a.     The deadline for completing limited discovery on the issues presented by Plaintiff's Motion for Preliminary Injunction [D.E. 4] is hereby extended up to and including March 18, 2016.

> b.     Plaintiff may supplement its existing briefing on Plaintiff's Motion for Preliminary Injunction [D.E. 4] with a brief not to exceed twenty (20) pages (not including whatever record materials Plaintiff chooses

to submit) within ten (10) days after completion of discovery; that is, until March 28, 2016.

c.　Defendants may respond to Plaintiff's Motion for Preliminary Injunction and any supplemental briefing with a brief not to exceed thirty (30) pages (not including whatever record materials Defendants choose to submit) within thirty (30) days after the completion of discovery or the service of any supplemental brief filed by Plaintiff, whichever is later.

d.　The parties and the third-parties jointly represented by the parties' counsel shall (i) complete their document productions, including the review and production of materials provided by Protek in accordance with the Forensic Protocol [D.E. 34 Ex. 1], on or before February 23, 2016, and (ii) make available for deposition the witnesses requested to date prior to the March 18, 2016, deadline.

2.　Except insofar as modified by this Order, the Scheduling Order shall remain in effect and in force in all respects.

SO ORDERED, this the **12** day of February, 2016.

The Honorable James C. Dever, III
Chief United States District Judge
Eastern District of North Carolina

2