IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cv-00492-D

CAMPBELL ALLIANCE GROUP, INC., )
)
        Plaintiff, )
)
v. )
)
JAMES HALL, JAMES McDERMOTT, )
PHILIP VORHIES and MARK KASAKEVICH, )
)
        Defendants. )
_____ )

### ORDER ON FOURTH JOINT MOTION
### TO REVISE SCHEDULING ORDER

Upon joint motion by Plaintiff Campbell Alliance Group, Inc. and Defendants James Hall, James McDermott, Philip Vorhies, and Mark Kasakevich (collectively, the "Defendants") [D.E. 56], and for good cause shown, the Court hereby Orders as follows:

1. The Court hereby revises the Scheduling Order [D.E. 34] (the "Scheduling Order"), as follows:

    a. The deadline for completing limited discovery on the issues presented by Plaintiff's Motion for Preliminary Injunction [D.E. 4] is hereby extended up to and including April 1, 2016.

    b. Plaintiff may supplement its existing briefing on Plaintiff's Motion for Preliminary Injunction [D.E. 4] with a brief not to exceed twenty (20) pages (not including whatever record materials Plaintiff chooses

to submit) within ten (10) days after completion of discovery; that is, until April 11, 2016.

c. Defendants may respond to Plaintiff's Motion for Preliminary Injunction and any supplemental briefing with a brief not to exceed thirty (30) pages (not including whatever record materials Defendants choose to submit) within thirty (30) days after the completion of discovery or the service of any supplemental brief filed by Plaintiff, whichever is later.

d. The parties and the third-parties jointly represented by the parties' counsel shall (i) complete their document productions, including the review and production of materials provided by Protek in accordance with the Forensic Protocol [D.E. 34 Ex. 1], on or before March 8, 2016, and (ii) make available for deposition the witnesses requested to date prior to the April 1, 2016, deadline.

2. Except insofar as modified by this Order, the Scheduling Order shall remain in effect and in force in all respects.

SO ORDERED, this the 26 day of February, 2016.

                               _____
                               The Honorable James C. Dever III
                               Chief United States District Judge