# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**Case No. 5:15-cv-00492-D**

| | |
|---|---|
| CAMPBELL ALLIANCE GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES HALL, JAMES McDERMOTT, | ) |
| PHILIP VORHIES and MARK KASAKEVICH, | ) |
| | ) |
| Defendants. | ) |

## THIRD ORDER EXTENDING DEADLINES PENDING COMPLETION OF SETLLEMENT

Upon joint motion by Plaintiff Campbell Alliance Group, Inc. and Defendants James Hall, James McDermott, Philip Vorhies, and Mark Kasakevich (collectively, the "Defendants") [D.E. 60], and for good cause shown, the Court hereby Orders as follows:

1.    All deadlines set forth in the Order on Fourth Joint Motion to Revise Scheduling Order are hereby stayed and held in abeyance until April 5, 2016.

2.    On or before April 5, 2016, the parties shall present to the Court a consent order dismissing the case in full.

SO ORDERED, this the **30** day of March, 2016.

The Honorable James C. Dever, III
Chief United States District Judge
Eastern District of North Carolina